UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK B. BELL,

    Plaintiff,

v.

JONATHAN MUNIZ, et. al.,

    Defendants.

Case No. 14-cv-02947-VC (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME FOR TO FILE COMPLAINT**

Doc. no. 10

    On June 25, 2014, Patrick B. Bell, a state prisoner, filed a document with the Court, which was opened as a civil rights action. On the same day the action was filed, the Clerk of the Court sent a notice to Bell informing him that his action could not go forward until he filed a complaint on the Court's civil rights complaint form and an application to proceed *in forma pauperis* ("IFP"). On July 17, 2014, Bell filed a motion for an extension of time to file a complaint. On July 21, 2014, Bell filed a complaint and, on July 21, 2104, he filed a motion to proceed IFP.

    Good cause appearing, Bell's motion for an extension of time to file a complaint is GRANTED. The Court shall review Bell's complaint and IFP application in a separate order.

    This Order terminates Docket No. 10.

    **IT IS SO ORDERED.**

Dated: July 28, 2014

_____

VINCE CHHABRIA
United States District Judge