United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK B. BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN MUNIZ, et al.,<br><br>　　　　Defendants. | Case No.　14-cv-02947-VC<br><br>**JUDGMENT** |

　　For the reasons stated in the Order of Dismissal, this case is DISMISSED without leave to amend and without prejudice to filing a paid complaint.  Judgment is entered accordingly.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED**.

Dated: October 28, 2014

_____
VINCE CHHABRIA
United States District Judge